FILED
CLERK, U.S. DISTRICT COURT
JUN 26 2026
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION BY DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JASON RICHARD SANDOVAL, Defendant. | 5:26-MJ-449<br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) (✓) the appearance of defendant as required; and/or

(B) (✓) the safety of any person or the community.

//

//

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

• EXTENSIVE CRIMINAL HISTORY
• UNDERLYING ALLEGATIONS OF PHYSICAL ASSAULT W/ WEAPON, ASSAULT ON LAW ENFORCEMENT, POSS. OF WEAPON.

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

______________________________________________________________

IT IS ORDERED that defendant be detained.

DATED: 6/26/26

[signature]

DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE